**HERLIHY LAW LLC**
Sarah B. Herlihy (Bar No. 2928471)
Attorney for Plaintiff
15 Maiden Lane, Suite 1202
New York, New York 10038
sherlihy@herlihylawllc.com
Tel: (617) 755-3869

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FLOYD ADVISORY LLC<br>Plaintiff<br><br>v.<br><br>TODD ANTONELLI<br><br>Defendant | Civil Action No.: 26-cv-3007<br><br>**DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Floyd Advisory LLC ("Floyd Advisory"), by and through its undersigned counsel, dismisses the present action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendant has not served either an answer or a motion for summary judgment.

Dated: September 16, 2026

Respectfully submitted,

FLOYD ADVISORY, LLC

By its attorneys,

*/s/ Sarah B. Herlihy*
Sarah B. Herlihy
Herlihy Law LLC
15 Maiden Lane, Suite 1202
New York, New York 10038
sherlihy@herlihylawllc.com
Tel: (617) 755-3869